Gwen L. Fanger (CA State Bar No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        gwenfanger@dwt.com

Joe M. Hampton (Admitted *pro hac vice*)
Amy J. Pierce (Admitted *pro hac vice*)
CORBYN HAMPTON
211 N Robinson, Suite 1910
Oklahoma City, OK 73102
Telephone:    (405)239-7055
Facsimile:    (405)702-4348
Email:        jhampton@corbynhampton.com
              apierce@corbynhampton.com

Attorneys for Defendant AUTOQUIP CORPORATION

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CORNELL,<br><br>          Plaintiff,<br><br>     v.<br><br>COLUMBUS McKINNON CORPORATION; AMERICAN LIFTS, INC.; AUTOQUIP doing business as AMERICAN LIFTS, and Does 1-200, inclusive,<br><br>          Defendants. | Case No. C13-02188-SI<br><br>**AUTOQUIP CORPORATION'S NOTICE OF WITHDRAWL AND SUBSTITUTION OF COUNSEL AND REQUEST FOR ORDER PERMITTING WITHDRAWL OF COUNSEL & [PROPOSED] ORDER**<br><br>**Civ. L.R. 5-1(c)(2); 11-5(a)** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that defendant Autoquip Corporation ("Autoquip") has retained the law firm of Haight Brown & Bonesteel, LLP as its attorneys of record in the above-captioned case and that the law firms of Davis Wright Tremaine LLP and Corbyn Hampton hereby withdraw as its counsel. All notices, pleadings, and papers, exclusive of process, shall be served upon:

-1-

DAVIS WRIGHT TREMAINE LLP

1  Krsto Mijanovic
2  Leah B. Mason
   Haight Brown & Bonesteel, LLP
3  555 South Flower Street, Forty-Fifth Floor
   Los Angeles, CA 90071
4  O: 213.542.8000 / F: 213.542.8100
   Email: KMijanovic@HBBLAW.com
5          lmason@hbblaw.com

6      Said withdrawal shall be effective as of July 17, 2013.

7      Pursuant to Civ. L.R. 5-1(c)(2) and 11-5(a), Autoquip respectfully requests an order

8  permitting the withdrawal of Davis Wright Tremaine LLP and Corbyn Hampton as its attorneys-

9  of record in the above-captioned case and substitution by Haight Brown & Bonesteel, LLP.

10 DATED this 23rd day of July, 2013.

11                                    Respectfully submitted,

12
                                      By:_____/s/ Gwen L. Fanger_____
13                                         Gwen L. Fanger
                                           DAVIS WRIGHT TREMAINE LLP
14                                         505 Montgomery Street, Suite 800
                                           San Francisco, California  94111
15                                         Ph:    (415) 276-6500 / F:    (415) 276-6599
                                           Email:       gwenfanger@dwt.com
16

17                                         _____/s/ Amy J. Pierce_____
                                           Joe M. Hampton (Admitted *pro hac vice*)
18                                         Amy J. Pierce (Admitted *pro hac vice*)
                                           CORBYN HAMPTON
19                                         211 N Robinson, Suite 1910
                                           Oklahoma City, OK 73102
20                                         Ph:    (405)239-7055 / F:    (405)702-4348
                                           Email: jhampton@corbynhampton.com
21                                                 apierce@corbynhampton.com

22                                         _____/s/ Leah B. Mason_____
                                           Krsto Mijanovic
23                                         Leah B. Mason
                                           HAIGHT BROWN & BONESTEEL LLP
24                                         555 South Flower Street, Forty-Fifth Floor
                                           Los Angeles, CA 90071
25                                         O: 213.542.8000 / F: 213.542.8100
                                           Email: KMijanovic@HBBLAW.com
26                                                 lmason@hbblaw.com

27                                         Attorneys for Defendant
28                                         AUTOQUIP CORPORATION

DAVIS WRIGHT TREMAINE LLP

-2-

**[PROPOSED] ORDER**

Defendant Autoquip Corporation's request to permit the withdrawal of the law firms of Davis Wright Tremaine LLP and Corbyn Hampton as its attorneys of record in the above-captioned case and substitution by Haight Brown & Bonesteel, LLP is hereby GRANTED.

IT IS SO ORDERED.

Dated: 7/24/13

_____

The Honorable Susan Illston
United States District Judge
Northern District of California

REQUEST FOR ORDER PERMITTING WITHDRAWAL & [PROPOSED] ORDER
DWT 22302520v1 0098330-000001

Case No. 3:13-cv-02188-SI