Gwen L. Fanger (CA State Bar No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:  gwenfanger@dwt.com

Joe M. Hampton (Admitted *pro hac vice*)
Amy J. Pierce (Admitted *pro hac vice*)
CORBYN HAMPTON
211 N Robinson, Suite 1910
Oklahoma City, OK 73102
Telephone:  (405)239-7055
Facsimile:  (405)702-4348
Email:  jhampton@corbynhampton.com
        apierce@corbynhampton.com

Attorneys for Defendant AUTOQUIP CORPORATION

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CORNELL, | Case No. C13-02188-SI |
| Plaintiff, | **AUTOQUIP CORPORATION'S NOTICE OF WITHDRAWL AND SUBSTITUTION OF COUNSEL AND REQUEST FOR ORDER PERMITTING WITHDRAWL OF COUNSEL & [PROPOSED] ORDER** |
| v. | |
| COLUMBUS McKINNON CORPORATION; AMERICAN LIFTS, INC.; AUTOQUIP doing business as AMERICAN LIFTS, and Does 1-200, inclusive, | Civ. L.R. 5-1(c)(2); 11-5(a) |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that defendant Autoquip Corporation ("Autoquip") has retained the law firm of Haight Brown & Bonesteel, LLP as its attorneys of record in the above-captioned case and that the law firms of Davis Wright Tremaine LLP and Corbyn Hampton hereby withdraw as its counsel. All notices, pleadings, and papers, exclusive of process, shall be served upon:

REQUEST FOR ORDER PERMITTING WITHDRAWAL & [PROPOSED] ORDER
DWT 22302520v1 0098330-000001                                          Case No. C13-02188-SI

Krsto Mijanovic
Leah B. Mason
Haight Brown & Bonesteel, LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, CA 90071
O: 213.542.8000 / F: 213.542.8100
Email: KMijanovic@HBBLAW.com
lmason@hbblaw.com

Said withdrawal shall be effective as of July 17, 2013.

Pursuant to Civ. L.R. 5-1(c)(2) and 11-5(a), Autoquip respectfully requests an order permitting the withdrawal of Davis Wright Tremaine LLP and Corbyn Hampton as its attorneys-of-record in the above-captioned case and substitution by Haight Brown & Bonesteel, LLP.

DATED this 23rd day of July, 2013.

Respectfully submitted,

By: _____ /s/ Gwen L. Fanger _____
Gwen L. Fanger
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Ph:   (415) 276-6500 / F:   (415) 276-6599
Email:      gwenfanger@dwt.com

_____ /s/ Amy J. Pierce _____
Joe M. Hampton (Admitted *pro hac vice*)
Amy J. Pierce (Admitted *pro hac vice*)
CORBYN HAMPTON
211 N Robinson, Suite 1910
Oklahoma City, OK 73102
Ph:   (405)239-7055 / F:   (405)702-4348
Email: jhampton@corbynhampton.com
apierce@corbynhampton.com

_____ /s/ Leah B. Mason _____
Krsto Mijanovic
Leah B. Mason
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, CA 90071
O: 213.542.8000 / F: 213.542.8100
Email: KMijanovic@HBBLAW.com
lmason@hbblaw.com

Attorneys for Defendant
AUTOQUIP CORPORATION

# [PROPOSED] ORDER

Defendant Autoquip Corporation's request to permit the withdrawal of the law firms of Davis Wright Tremaine LLP and Corbyn Hampton as its attorneys of record in the above-captioned case and substitution by Haight Brown & Bonesteel, LLP is hereby GRANTED.

IT IS SO ORDERED.

Dated: 7/24/13

_____
The Honorable Susan Illston
United States District Judge
Northern District of California