**United States District Court**
**For the Northern District of California**

1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5            FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7
BRIAN CORNELL,                          No. C 13-02188 SI
8
            Plaintiff,                   **ORDER SCHEDULING MOTIONS AND**
9                                        **RESCHEDULING CASE**
      v.                                 **MANAGEMENT CONFERENCE**
10
COLUMBUS MCKINNON CORP., *et al.*,
11
            Defendants.
                                    /
12

13       The parties' joint Case Management Conference Statement indicates that plaintiff intends to

14   move to amend his complaint and, thereupon, move to remand for lack of federal jurisdiction.

15   Accordingly, it is ordered as follows:

16       Plaintiff shall file his motion to amend and/or remand no later than September 6, 2013, and set

17   it for hearing on Friday, October 11, 2013 at 9:00 a.m.  The initial Case Management Conference is

18   continued to Friday, October 11, 2013 at 2:30 p.m.

19

20       **IT IS SO ORDERED.**

21

22   Dated: August 15, 2013

23                                       _____
                                         SUSAN ILLSTON
24                                       United States District Judge

25

26

27

28