**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CORNELL,<br><br>  Plaintiff,<br>  v.<br><br>COLUMBUS MCKINNON CORP., *et al.*,<br><br>  Defendants. | No. C 13-02188 SI<br><br>**ORDER SCHEDULING MOTIONS AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

The parties' joint Case Management Conference Statement indicates that plaintiff intends to move to amend his complaint and, thereupon, move to remand for lack of federal jurisdiction. Accordingly, it is ordered as follows:

Plaintiff shall file his motion to amend and/or remand no later than September 6, 2013, and set it for hearing on Friday, October 11, 2013 at 9:00 a.m. The initial Case Management Conference is continued to Friday, October 11, 2013 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: August 15, 2013

_____
SUSAN ILLSTON
United States District Judge