IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CORNELL, | No. C 13-02188 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| COLUMBUS MCKINNON CORPORATION, ET AL., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 21, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 23, 2014.

DESIGNATION OF EXPERTS: 6/27/14; REBUTTAL: 7/18/14.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 14, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by September 5, 2014;

Opp. Due September 19, 2014; Reply Due September 26, 2014;

and set for hearing no later than October 10, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 18, 2014 at 3:30 PM.

JURY TRIAL DATE: December 1, 2014 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff indicated that it may bring in additional parties.
The parties have agreed to participate in private mediation in June 2014.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/15/13

SUSAN ILLSTON
United States District Judge