IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CORNELL, | No. C 13-02188 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| COLUMBUS MCKINNON CORPORATION, ET AL., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>7/25/14</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>8/29/14</u>.

DESIGNATION OF EXPERTS: <u>9/19/14</u>; REBUTTAL: <u>10/10/14</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>11/13/14</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>11/17/14</u>;

    Opp. Due <u>12/1/14</u>;  Reply Due <u>12/8/14</u>;

    and set for hearing no later than <u>12/19/14</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>3/3/15</u> at <u>3:30 PM</u>.

TRIAL DATE: <u>3/16/15</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>10</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/28/14

———————————————
SUSAN ILLSTON