United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN CORNELL,

    Plaintiff,

v.

COLUMBUS MCKINNON CORPORATION, et al.,

    Defendants.

No. C 13-02188 SI

**ORDER RE: PLAINTIFF'S LETTER**

On May 2, 2014, plaintiff filed a letter stating that the parties could not reach an agreement on whether the settlement conference should be conducted by a Magistrate Judge or by a private mediator. Docket No. 36. It appears from the letter that the parties are unable to jointly agree on private mediation. Accordingly, the Court ORDERS the parties to inform the Court within seven days from the date of this order whether they will jointly agree for the action to be referred to Court-sponsored mediation. If the parties cannot agree to Court-sponsored mediation, the Court will refer the action to a Magistrate Judge to conduct a settlement conference.

**IT IS SO ORDERED.**

Dated: May 9, 2014

SUSAN ILLSTON
United States District Judge