1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11   BRIAN CORNELL,                    )   Case No. 3:13-cv-02188 SI
                                       )
12              Plaintiff,             )   [PROPOSED] ORDER RE
                                       )   STIPULATION OF THE PARTIES TO
13        v.                           )   CONTINUE TRIAL AND ALL
                                       )   RELATED DATES
14   COLUMBUS McKINNON                 )
     CORPORATION; AUTOQUIP             )   [Filed concurrently with Stipulation of the
15   CORPORATION; YALE INDUSTRIAL      )   Parties to Continue Trial and All Related
     PRODUCTS, INC.; and DOES 1-200,   )   Dates]
16   inclusive,                        )
                                       )
17              Defendants.            )
                                       )
18   _____ )

19        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20        The Stipulation of the Parties to Continue Trial and All Related Dates – submitted

21   by plaintiff Brian T. Cornell, defendant Columbus McKinnon Corporation, defendant

22   Autoquip Corporation, and defendant Yale Industrial Products, Inc. – by and through their

23   respective counsel of record – is granted.

24        PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26

27   Dated: _____    _____

28                                          Susan Illston
                                            Judge, United States District Court

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )   ss.:
COUNTY OF LOS ANGELES        )

*BRIAN CORNELL v. COLUMBUS McKINNON CORPORATION; AMERICAN LIFTS*
*C 13-02188 SI*

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, California 90071.

   On July 15, 2014, I served the within document(s) described as:

**[PROPOSED] ORDER RE STIPULATION OF THE PARTIES TO CONTINUE TRIAL AND ALL RELATED DATES**

   on the interested parties in this action as stated below:

Peter W. Alfert.
Karen J. Kahn
Mark T. Baller
HINTON ALFERT & KAHN LLP
200 Pringle Avenue, Suite 450
Walnut Creek, California 94596

***Attorneys for Plaintiff***
***Tel:   (925) 279-3009***
***Fax:   (925) 279-3342***

[X]   (CM/ECF) Pursuant to the United States District Court Procedural Rules for Electronic Case Filing and the Case Management/Electronic Case Filing Rules, I electronically served the above-listed documents on the parties shown above for the above-entitled case, as listed above.

   Executed on July 15, 2014, at Los Angeles, California.

   I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Julie Mentesana | /s/ Julie Mentesana |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

CK06-0000001
10113372.1

2

[PROPOSED] ORDER RE STIPULATION OF
THE PARTIES TO CONTINUE TRIAL AND
ALL RELATED DATES

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                                  )    ss.:
COUNTY OF LOS ANGELES    )

*BRIAN CORNELL v. COLUMBUS McKINNON CORPORATION; AUTOQUIP CORPORATION*
*3:13-cv-02188 SI*

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, California 90071.

     On July 15, 2014, I served the within document(s) described as:

     STIPULATION OF THE PARTIES TO CONTINUE TRIAL AND ALL RELATED DATES

     on the interested parties in this action as stated below:

Scott H.Z. Sumner
SUMNERLAW
1299 Newell Hill Place, Suite 202
Walnut Creek, CA 94596

***Co-Counsel for Plaintiff***
***Tel:  (925) 278-6170***
***Fax:  (925) 278-6174***
***ssumner@sumnerlawyers.com***

[X]   (ELECTRONIC MEANS) I caused such document(s) to be Electronically Served through E-Mail for the above-entitled matter.  This service complies with Code of Civil Procedure §1010.  The file transmission was reported as complete and a copy of the "Sent" page will be maintained with the file copy of the document(s) in our office.

     Executed on July 15, 2014, at Los Angeles, California.

     I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| | |
|---|---|
| Julie C. Mentesana | /s/ Julie C. Mentesana |
| (Type or print name) | (Signature) |

[PROPOSED] ORDER RE STIPULATION OF
THE PARTIES TO CONTINUE TRIAL AND
ALL RELATED DATES

CK06-0000001
10113372.1

3