UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CORNELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBUS McKINNON CORPORATION; AUTOQUIP CORPORATION; YALE INDUSTRIAL PRODUCTS, INC.; and DOES 1-200, inclusive,<br><br>　　　　Defendants. | Case No. 3:13-cv-02188 SI<br><br>[~~PROPOSED~~] ORDER RE STIPULATION OF THE PARTIES TO CONTINUE TRIAL AND ALL RELATED DATES<br><br>[Filed concurrently with Stipulation of the Parties to Continue Trial and All Related Dates] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Stipulation of the Parties to Continue Trial and All Related Dates – submitted by plaintiff Brian T. Cornell, defendant Columbus McKinnon Corporation, defendant Autoquip Corporation, and defendant Yale Industrial Products, Inc. – by and through their respective counsel of record – is granted.

///

///

///

///

///

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that the following
2   schedule govern the remainder of this litigation:

| | |
|---|---|
| Case Management Conference | November 21, 2014 |
| Non-Expert Discovery Cutoff | March 31, 2015 |
| ADR Completion Date | February 2015 |
| Designation of Experts | April 20, 2015 |
| Rebuttal Expert Designation | May 12, 2015 |
| Expert Discovery Cutoff | June 12, 2015 |
| Dispositive Motions | |
|    Filed By: | July 16, 2015 |
|    Opp. Due: | July 30, 2015 |
|    Reply Due: | August 6, 2015 |
|    Heard By: | August 31, 2015 |
| Pre-Trial Conference Date | November 10, 2015 |
| Trial (Estimated 10 days) | November 16, 2015 |

Dated: 10/9/2014

_Susan Illston_
Susan Illston
Judge, United States District Court