|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRIAN CORNELL, | Case No. 313-CV-02188-SI |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER RE EXTENDING TRIAL AND ALL RELATED DATES** |
| v. | |
| COLUMBUS McKINNON CORPORATION, AUTOQUIP CORPORATION, YALE INDUSTRIAL PRODUCTS, INC., and DOES 1-200, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On May 29, 2015, Plaintiff Brian Cornell's Motion for Leave to Amend his First Amended Complaint came on regularly for hearing at 9:00 a.m. in Courtroom 10 in the above-captioned Court. The Court having DENIED Plaintiff's Motion and good cause having been shown by the parties during that hearing, the Court hereby issues an Order extending trial and all related dates.

///

///

///

///

///

///

1  The following Scheduling Order shall govern the remainder of this litigation:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Designation | June 1, 2015 | June 22, 2015 |
| Rebuttal Expert Designation | June 12, 2015 | July 22, 2015 |
| Expert Discovery Cutoff | July 12, 2015 | September 14, 2015 |
| Dispositive Motions Filing Deadline | August 21, 2015 | October 30, 2015 |
| Opposition Due | September 4, 2015 | November 13, 2015 |
| Reply Due | September 11, 2015 | November 20, 2015 |
| Heard By | September 25, 2015 | December 18, 2015 |
| Pre-Trial Conference | November 3, 2015 | February 8, 2016 |
| Trial (10 Days) | November 16, 2015 | February 22, 2016 |

Date: ~~May~~ June 1, 2015

By: /s/ Susan Illston

The Honorable Susan Illston,
United States District Judge

CK06-0000001
11620140.1

-2-

STIPULATION FOR ORDER RE DEADLINE TO FILE MOTIONS RELATED TO FACT DISCOVERY