UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CORNELL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COLUMBUS McKINNON CORPORATION, AUTOQUIP CORPORATION, YALE INDUSTRIAL PRODUCTS, INC., and DOES 1-200, inclusive,<br><br>　　　　Defendants. | Case No. 313-CV-02188-SI<br><br>**[PROPOSED] ORDER RE EXTENDING TRIAL AND ALL RELATED DATES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On October 9, 2015, the Court held a Case Management Conference and considered Defendants Request to Substitute expert John Bobis with Gerald Fulghum. Good cause having been shown, the Court granted leave to substitute Mr. Bobis with Mr. Fulghum and ordered the parties to meet and confer and propose a modified Scheduling Order. Having considered the parties' proposed modification to the scheduling order, the Court hereby issues an Order extending trial and all related dates.

///

///

///

///

CK06-0000001
11763535.1

-1-

ORDER MODIFYING SCHEDULING ORDER RE: TRIAL AND PRE-TRIAL DATES

The following Scheduling Order shall govern the remainder of this litigation:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motions Filing Deadline | October 30, 2015 | January ~~18~~ 15, 2016 |
| Opposition Due | November 13, 2015 | ~~February 15,~~ January 29, 2016 |
| Reply Due | November 20, 2015 | February ~~22,~~ 5, 2016 |
| Heard By | December 18, 2015 | ~~April 7,~~ February 19, 2016 |
| Pre-Trial Conference | February 8, 2016 | April ~~22,~~ 12, 2016 |
| Trial (10 Days) | February 22, 2016 | ~~May 6,~~ April 25, 2016 |

Date: ~~October~~ Nov. 2 ___, 2015

By: _____
The Honorable Susan Illston,
United States District Judge

CK06-0000001
11763535.1

-2-