S. Christian Stouder (Bar No. 149821)
  cstouder@hbblaw.com
Krsto Mijanovic (Bar No. 205060)
  kmijanovic@hbblaw.com
Leah B. Mason (Bar No. 240425)
  lmason@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Defendant,
Yale Industrial Products, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CORNELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COLUMBUS McKINNON CORPORATION; AUTOQUIP CORPORATION, YALE INDUSTRIAL PRODUCTS, INC. and DOES 1-200, inclusive,<br><br>　　　　　Defendant. | Case No. 3:13-cv-02188 SI<br><br>Hon. Susan Illston<br>Courtroom 1<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL, SET CASE MANAGEMENT CONFERENCE, AND CONTINUE HEARING ON DEFENDANT YALE INDUSTRIAL PRODUCTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT, TO PRECLUDE SCOTT BUSKE, AND TO PRECLUDE JOHN MANNING, LAURA LIPTAI, AND WILLIAM HODDICK** |

　　　　IT IS HEREBY stipulated by and between the parties below as follows:

　　　　WHEREAS, Counsel for all parties have met and conferred, and have agreed that a continuance of the currently scheduled trial and hearing dates is desirable to allow them to continue ongoing settlement discussions, which have progressed significantly over the past two weeks, and to conduct a further mediation that the parties believe may result in the resolution of this action without the necessity of trial, and have also agreed that it would be beneficial for the parties to participate in

1  a case management conference with the Court to discuss a potential separate issue
2  trial, pursuant to Rule 42(b), concerning the fault attributable to plaintiff's employer,
3  and
4        WHEREAS, Counsel for all parties are requesting that the Court approve and
5  consent to the continuance of the scheduled trial, supplemental briefing schedule
6  and hearing dates,
7        THE PARTIES STIPULATE THAT:
8        The trial of this matter, currently set for April 25, 2016, be continued to July
9  of 2016, on a date and at a time to be set by the Court, and that the final pre-trial
10 conference, currently set for April 12, 2016, be continued to July of 2016, at a date
11 and time to be set by the Court, and that all other pre-trial deadlines be reset
12 accordingly;
13       The hearing on Defendant Yale Industrial Products, Inc.'s Motions for
14 Summary Judgment, to Preclude Scott Buske, and to Preclude John Manning, Laura
15 Liptai, and William Hoddick, currently set for March 11, 2016 at 9:00 a.m., be
16 continued to May 20, 2016 at 9:00 a.m., or as soon thereafter as the Court's calendar
17 allows.  If the parties elect to file supplemental briefing, as allowed by this Court's
18 Order dated February 19, 2016 (Dkt. No. 117), such briefing shall now be due by
19 4:00 p.m. on Wednesday, May 11, 2016.
20       The parties request that the Court schedule a case management conference to
21 discuss the possibility of a separate issue trial, pursuant to Rule 42(b), concerning
22 the fault attributable to plaintiff's employer, and any other issues arising out of the
23 continuance of the trial and hearing dates as set forth above.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

I agree to and accept the foregoing stipulation.

Dated:  March 8, 2016           WALKUP, MELODIA, KELLY & SCHOENBERGER

                                /s/ *Khaldoun A. Baghdadi*
                                KHALDOUN A. BAGHDADI
                                Attorneys for Plaintiffs

I agree to and accept the foregoing stipulation.

Dated:  March 8, 2016           HAIGHT BROWN & BONESTEEL LLP

                                /s/ *Krsto Mijanovic*
                                KRSTO MIJANOVIC
                                Attorneys for Defendants

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS ORDERED THAT:

The following Scheduling Order shall govern the remainder of this litigation:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Supplemental Briefing as allowed by this Court's Order dated February 19, 2016 (Dkt. No. 117) | March 9, 2016 | May 11, 2016 |
| Yale Industrial Products, Inc.'s Motions for Summary Judgment, to Preclude Scott Buske, and to Preclude John Manning, Laura Liptai, and William Hoddick | March 11, 2016 | May 20, 2016 |
| Pre-Trial Conference | April 12, 2016 | July 26, 2016 |
| Trial (10 Days) | April 25, 2016 | August 1, ~~July __,~~ 2016 |

A case management conference will be held on __3/11/16__, 2016, at __3:00__ a.m./(p.m.) to discuss the possibility of a separate issue trial, pursuant to Rule 42(b), concerning the fault attributable to plaintiff's employer, and any other issues arising out of the continuance of the trial and hearing dates as set forth above.

Dated: 3/8/16

_____
HON. SUSAN ILLSTON
SENIOR DISTRICT JUDGE