S. Christian Stouder (Bar No. 149821)
  *cstouder@hbblaw.com*
Krsto Mijanovic (Bar No. 205060)
  *kmijanovic@hbblaw.com*
Leah B. Mason (Bar No. 240425)
  *lmason@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Defendant,
Yale Industrial Products, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CORNELL,<br><br>            Plaintiff,<br><br>     v.<br><br>COLUMBUS McKINNON CORPORATION; AUTOQUIP CORPORATION, YALE INDUSTRIAL PRODUCTS, INC. and DOES 1-200, inclusive,<br><br>            Defendant. | Case No. 3:13-cv-02188 SI<br><br>Hon. Susan Illston<br>Courtroom 1<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON YALE INDUSTRIAL PRODUCTS, INC.'S MOTION TO CONTINUE AND REOPEN DISCOVERY AS TO DAMAGES ONLY AND CONTINUE TRIAL, OR, IN THE ALTERNATIVE, BIFURCATE TRIAL** |

    IT IS HEREBY stipulated by and between the parties below as follows:

    WHEREAS, Counsel for the parties are currently discussing Yale's pending Motion to Re-Open Discovery as to Damages Only, and need additional time to meet and confer concerning the scope of any further discovery;

    WHEREAS, Counsel for all parties have met and conferred and agreed to a short continuation of the hearing date;

    THE PARTIES STIPULATE THAT:

    The hearing on Defendant Yale Industrial Products, Inc.'s Motion Continue and Reopen Discovery as to Damages Only and Continue Trial, or, in the Alternative, Bifurcate Trial, currently set for April 1, 2016 at 9:00 a.m., be continued for one week to April 8, 2016 at 9:00 a.m., or as

soon thereafter as the Court's calendar allows, and that plaintiff's opposition briefing due date be extended by one week, from March 11, 2016 to March 18, 2016, and Yale's reply briefing due date also be extended by one week.

I agree to and accept the foregoing stipulation.

Dated: March 11, 2016        WALKUP, MELODIA, KELLY & SCHOENBERGER

　　　　　　　　　　　　　　　　　　/s/ *Khaldoun A. Baghdadi*
　　　　　　　　　　　　　　　　　KHALDOUN A. BAGHDADI
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: March 11, 2016        HAIGHT BROWN & BONESTEEL LLP

　　　　　　　　　　　　　　　　　　/s/ *Krsto Mijanovic*
　　　　　　　　　　　　　　　　　KRSTO MIJANOVIC
　　　　　　　　　　　　　　　　　Attorneys for Defendants

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS ORDERED THAT:

The hearing on Defendant Yale Industrial Products, Inc.'s Motion Continue and Reopen Discovery as to Damages Only and Continue Trial, or, in the Alternative, Bifurcate Trial, currently set for April 1, 2016 at 9:00 a.m., be continued for one week to April 8, 2016 at 9:00 a.m. in Courtroom 1 of this Court, and that plaintiff's opposition briefing due date be extended by one week, from March 11, 2016 to March 18, 2016, and Yale's reply briefing be extended by one week.

Dated: 3/11/16

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. SUSAN ILLSTON
　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

CK06-0000001
11890785.1

2

Case No. 3:13-cv-02188 SI
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING ON MOTION