S. Christian Stouder (Bar No. 149821)
  *cstouder@hbblaw.com*
Krsto Mijanovic (Bar No. 205060)
  *kmijanovic@hbblaw.com*
Leah B. Mason (Bar No. 240425)
  *lmason@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Craig A. Leslie (*pro hac vice*)
  *cleslie@phillipslytle.com*
Michael B. Powers (*pro hac vice*)
  *mpowers@phillipslytle.com*
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, New York  14203
Telephone:  716.847.8400
Facsimile:  716.852.6100

Attorneys for Defendant
Yale Industrial Products, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CORNELL, | Case No. 3:13-cv-02188 SI |
|         Plaintiff, | Hon. Susan Illston<br>Courtroom 1 |
|     v. | **STIPULATION TO REOPEN DISCOVERY AS TO DAMAGES ONLY** |
| COLUMBUS McKINNON CORPORATION; AUTOQUIP CORPORATION, YALE INDUSTRIAL PRODUCTS, INC. and DOES 1-200, inclusive, | |
|         Defendant. | |

CK06-0000001
11894093.1

1

1    IT IS HEREBY stipulated by and between the parties as follows:

2    WHEREAS, on February 26, 2016, Defendants filed a Motion to Continue

3 and Reopen Discovery as to Damages Only and Continue Trial, or, in the

4 Alternative, Bifurcate Trial;

5    WHEREAS, Counsel for all parties have conferred and agreed, subject to the

6 Court's consent, to reopen discovery as to damages only;

7    THE PARTIES STIPULATE THAT:

8    Yale's Motion to Continue and Reopen Discovery as to Damages Only and

9 Continue Trial, or, in the Alternative, Bifurcate Trial, shall be withdrawn upon the

10 Court granting this Stipulation;

11    On or before March 29, 2016, Plaintiff shall provide Defendants with updated

12 medical records, including for his recent revision surgery, and thereafter continue to

13 do so through the date of trial;

14    Plaintiff agrees to submit to a further independent medical examination by Dr.

15 Lawrence Oloff, DPM, FACFAS, at a mutually agreeable date and time;

16    It is further agreed that, should Yale seek additional damages discovery, the

17 parties will meet and confer regarding the same, and avail themselves of the Court's

18 joint discovery letter practice, if necessary.

19    I agree to and accept the foregoing stipulation.

20 DATED:  March 15, 2016          WALKUP, MELODIA, KELLY & SCHOENBERGER

21

22                                 _/s/ Khaldoun A. Baghdadi_____
                                   KHALDOUN A. BAGHDADI
23                                 Attorneys for Plaintiff

24

25 DATED:  March 15, 2016          HAIGHT BROWN & BONESTEEL LLP

26                                 _/s/ Krsto Mijanovic_____
                                   KRSTO MIJANOVIC
27                                 Attorneys for Defendants

28

1
2      Pursuant to the stipulation of the parties, and good cause appearing,
3      IT IS ORDERED THAT:
4      Defendant Yale Industrial Products, Inc.'s pending Motion to Continue and
5  Reopen Discovery as to Damages Only and Continue Trial, or, in the Alternative,
6  Bifurcate Trial, is withdrawn, and discovery is reopened as to damages only.
7
8  DATED:  March __16__, 2016
9
10                                        _____
11                                        Hon. Susan Illston
                                          United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28