S. Christian Stouder (Bar No. 149821)
 cstouder@hbblaw.com
Krsto Mijanovic (Bar No. 205060)
 kmijanovic@hbblaw.com
Leah B. Mason (Bar No. 240425)
 lmason@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Shand S. Stephens, (Bar No. 67694)
 shand.stephens@dlapiper.com
DLA PIPER
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: 415.836.2500
Facsimile: 415.836.2501

Attorneys for Defendant
Yale Industrial Products, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CORNELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBUS McKINNON CORPORATION; AUTOQUIP CORPORATION, YALE INDUSTRIAL PRODUCTS, INC. and DOES 1-200, inclusive,<br><br>　　　　Defendant. | Case No. 3:13-cv-02188 SI<br><br>Hon. Susan Illston<br>Courtroom 1<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL;** [PROPOSED] **ORDER THEREON** |

| | |
|---|---|
| 1 | **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF** |
| 2 | **RECORD:** |
| 3 | NOTICE IS HEREBY GIVEN that defendant Yale Industrial Products, Inc. |
| 4 | ("Yale") has retained the law firm of DLA Piper as its attorneys of record in the |
| 5 | above-captioned case and that the law firm of Haight Brown & Bonesteel LLP |
| 6 | hereby withdraws as its counsel. All notices, pleadings, and papers shall be served |
| 7 | upon: |

Shand S. Stephens, (Bar No. 67694)
shand.stephens@dlapiper.com
DLA PIPER
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: 415.836.2500
Facsimile: 415.836.2501

Said withdrawal shall be effective as of May 11, 2016.

Pursuant to Civ. L.R. 5-1(c)(2) and 11-5(a), Yale respectfully requests an order permitting the withdrawal of Haight Brown & Bonesteel LLP as its attorneys-of record in the above-captioned case and substitution by DLA Piper.

Dated: May 31, 2016           YALE INDUSTRIAL PRODUCTS, INC.

By: _____
Alan Korman

1  Dated: May 17, 2016            DLA PIPER

2

3

4                                 By: _____
                                      Shand S. Stephens
5                                     Attorneys for Defendants,
                                      Yale Industrial Products, Inc.
6

7        June 1
8  Dated: ~~May~~ ___, 2016        HAIGHT BROWN & BONESTEEL LLP

9

10

11                                By: _____
                                      S. Christian Stouder
12                                    Krsto Mijanovic
                                      Leah B. Mason
13                                    Attorneys for Defendant
                                      Yale Industrial Products, Inc.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CK06-0000001                                    NOTICE OF WITHDRAWAL AND
11949859.1                        3             SUBSTITUTION OF COUNSEL

## [PROPOSED] ORDER

Defendant Yale Industrial Products, Inc.'s request to permit the withdrawal of the law firm of Haight Brown & Bonesteel LLP as its attorneys of record in the above-captioned case and substitution by DLA Piper is hereby GRANTED.

IT IS SO ORDERED.

DATED: _6/1/16_

_____
Hon. Susan Illston
United States District Judge